08 CV 00899

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PINEWOOD TRADING Co, L.P., et. al.

Plaintiff,

-v-

TOUGHLOVE AMERICA, LLC, et. al.

Defendant.

Case No.

RECEIVED
JAN 25 2008
U.S.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Pinewood Trading Co, L.P.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

Date: 1/25/08

Signature of Attorney

Attorney Bar Code: 6677

Form Rule7_1.pdf SDNY Web 10/2007