James A. Prestiano, Esq. (JP-6699)
THE LAW OFFICES OF
JAMES A. PRESTIANO, P.C.
631 Commack Road, Suite 2A
Commack, New York 11725
Tel. No. (631) 499-6000
Fax No. (631) 499-6001
Attorneys for Plaintiffs

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PINEWOOD TRADING CO, L.P., individually,
JAMES G. BALOSIMAS, individually, and
PINEWOOD TRADING CO, L.P. and
JAMES G. BALODIMAS, derivatively as
Members of TOUGHLOVE AMERICA, LLC,

                        Plaintiffs,

          -against-

TOUGHLOVE AMERICA, LLC, AMERICAN
FAMILY HEALTH SERVICES GROUP, LLC,
SPIEGEL & JONES, LLP, SPIEGEL &
ASSOCIATES, LLC, RONY ZODKEVITCH,
IGAL FEIBUSH AND STEVEN SPIEGEL,

                        Defendants.
-----------------------------------------------------------------X

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Index No.: 08-cv-00899
(LAP)        (AJP)

      PLEASE TAKE NOTICE that plaintiffs in the above-entitled action, PINEWOOD TRADING FUND, L.P. (incorrectly named as PINEWOOD TRADING CO, L.P.), individually, JAMES G. BALODIMAS, individually, and PINEWOOD TRADING FUND, L.P. (incorrectly named as PINEWOOD TRADING CO, L.P.) and JAMES G. BALODIMAS, derivatively as Members of TOUGHLOVE AMERICA, LLC, hereby dismiss the action with prejudice pursuant to Rule 41(a)(1) of the Federal Rule of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), permitting dismissal by the plaintiffs, without order of the court, by filing of a notice of dismissal at any time before service by the adverse party(ies) of an answer or a motion for summary judgment.

1116051_2

PLEASE TAKE FURTHER NOTICE that the clerk of the above-entitled court is requested to enter this dismissal with prejudice in the records of the court.

Dated: New York, New York
May 3 1, 2008

                THE LAW OFFICES OF
                JAMES A. PRESTIANO, P.C.

By: _____
     James A. Prestiano, Esq. (JP-6699)
     631 Commack Road, Suite 2A
     Commack, New York 11725
     Tel. No. (631) 499-6000
     Fax No. (631) 499-6001
     Attorneys for Plaintiffs

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

July 17, 2008

1116051-2